FILED

03/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**No. DA 21-0521**

PLANNED PARENTHOOD OF MONTANA, and JOEY BANKS, M.D., on behalf of themselves and their patients,

*Plaintiffs/Appellees*

vs.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official capacity as Attorney General,

*Defendant/Appellant*

_____

ON APPEAL FROM THE MONTANA SECOND JUDICIAL DISTRICT COURT,
YELLOWSTONE COUNTY, HON. MICHAEL G. MOSES, PRESIDING
CASE NO. 21-0521

**ORDER GRANTING MOTION FOR MONTANA CONSITUTIONAL CONVENTION DELEGATES AND RESEARCH STAFF TO PARTICIPATE AS AMICUS CURIAE**

Emily J. Cross
Kyle Anne Gray
Brianne C. McClafferty
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: 406.252.2166
kgray@hollandhart.com
bcmcclafferty@hollandhart.com
ejcross@hollandhart.com
*Attorneys for Amici Montana
Constitutional Convention Delegates*

*Additional Counsel Information on Following Page*

Austin Knudsen
Montana Attorney General
David M.S. Dewhirst
   *Solicitor General*
Kathleen L. Smithgall
Brent Mead
   *Assistant Solicitors General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
Kathleen.smithgall@mt.gov
Brent.mead2@mt.gov

Kevin H. Theriot
Denise M. Harle
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Phone: (480) 444-0020
ktheriot@ADFlegal.org
dharle@ADFlegal.org

*Admitted Pro Hac Vice*
*\*\* Application for Admission Pro Hac*
*Vice Pending*

*Attorneys for Defendant and Appellant*

Certain Montana Constitutional Convention Delegates and Research Staff (collectively, the "Delegates") have filed a Motion for leave to participate in this matter as *amicus curiae* and file a brief in support of Plaintiffs/Appellees Planned Parenthood of Montana and Joey Banks, M.D. ("Appellees"). Appellees consent to the Delegates' Motion, and Appellant State of Montana takes no position.

IT IS HEREBY ORDERED that the Delegates' Motion for leave to participate in this matter as *amicus curiae* and file a brief in support of Appellees is GRANTED. The Delegates shall file their brief no later than March 24, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 17 2022